UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL NO. 3:09CR-118-H

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.

ADAM SAEED-WATARA                                                            DEFENDANT

**MEMORANDUM OPINION AND ORDER**

The Magistrate Judge held a hearing to determine whether government agents had properly given Defendant a warning as required by *Miranda v. Arizona*, 384 U.S. 436 (1966), prior to obtaining his post-arrest statement.

At the evidentiary hearing various government agents testified that they gave Defendant *Miranda* warnings and that Defendant voluntarily consented to subsequent questioning. On the basis of this testimony, the Magistrate Judge denied Defendant's motion to suppress. In his objections, Defendant says that the government testimony is untrue and is unsupported by any other objective evidence, such as audio or video recordings or a written waiver.

This Court has reviewed the objections and finds no basis for overturning the Magistrate Judge's assessment of the witness testimony and credibility. That testimony clearly does support the Magistrate Judge's conclusions. The Court, therefore, agrees that the government has met its burden of showing a voluntary and intelligent waiver of Defendant's *Miranda* rights.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Magistrate Judge's report is AFFIRMED and Defendant's motion to suppress is DENIED.

cc: Counsel of Record